# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF ALABAMA
# SOUTHERN DIVISION

| | |
|---|---|
| **MICHAEL LON MCGRATH,** | ) |
| **BOP Reg. #16390-003,** | ) |
|     Movant, | ) |
| | ) **CIVIL ACTION NO. 1:17-00368-CG-N** |
| v. | ) |
| | ) **CRIMINAL ACTION NO. 1:16-0091-CG-N** |
| **UNITED STATES OF AMERICA,** | ) |
|     Respondent. | ) |

## JUDGMENT

In accordance with the order entered on this date, it is **ADJUDGED** and **DECREED** that Movant's motion to vacate, set aside, or correct sentence under 28 U.S.C. § 2255 (Doc. 66) is **DENIED** and **DISMISSED with prejudice**. Accordingly, **JUDGMENT** is entered in favor of the Respondent United States of America and against Movant Michael Lon McGrath. McGrath is not entitled to a certificate of appealability or to proceed *in forma pauperis* on appeal.

**DONE** this the 26th day of March 2021.

/s/ Callie V. S. Granade
SENIOR UNITED STATES DISTRICT JUDGE